```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13740
   PAMELA D SMITH
   DENNIS D SMITH                               CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-6480     SSN XXX-XX-9428
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/31/07 and confirmed on 11/30/07.

2. The case was dismissed after confirmation, 10/17/2008.

3. The Debtor paid a total of $ 37400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 10007.88 | .00 | 10007.88 |
| CAPITAL ONE BANK | SECURED | 3662.00 | 397.23 | 1135.80 |
| CHRYSLER FINANCIAL SVC A | SECURED VEHIC | 25731.63 | 1800.48 | 5939.63 |
| EARTHMOVER CREDIT UNION | SECURED | 22187.75 | 1926.19 | 13069.66 |
| LIBERTY DRIVE REALTY | SECURED | 500.00 | 29.18 | 500.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 3434.86 | 57.29 | 553.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 19397.14 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| DANIEL DELESON DDS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 44997.97 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 326.45 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 62089.26 | 22832.00 | 45324.42 | .00 | 130245.68 |
| PRINCIPAL PAID | 30652.97 | 553.00 | .00 | .00 | 31205.97 |
| INTEREST PAID | 4153.08 | 57.29 | .00 | .00 | 4210.37 |
| TOTAL PAID | 34806.05 | 610.29 | .00 | .00 | 35416.34 |

The Debtor's attorney, KATHLEEN VAUGHT                , was allowed $        .00 and was paid $     .00 .

The Trustee received $   1983.66 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/20/09              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 07 B 13740 PAMELA D SMITH & DENNIS D SMITH